UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-270-RJC

| | |
|---|---|
| KAREN BLACK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLS FARGO AND COMPANY, )<br>WELLS FARGO BANK, NATIONAL )<br>ASSOCIATION, LIBERTY LIFE )<br>ASSURANCE COMPANY OF )<br>BOSTON, and WELLS FARGO & )<br>COMPANY GROUP DISABILITY )<br>INCOME POLICY )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on the defendants' Motion for Leave to Appear Pro Hac Vice as to Robert M. Wood. (Doc. No. 10). For the reasons set forth in the Motion and pursuant to Local Rule 83.1B, the Motion will be **granted**.

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to Appear Pro Hac Vice as to Robert M. Wood, (Doc. No. 10), is **GRANTED**.

Signed: November 30, 2015

Robert J. Conrad, Jr.
United States District Judge